ATTORNEY GRIEVANCE COMMISSION    *    IN THE
OF MARYLAND    *    COURT OF APPEALS
   *    OF MARYLAND
     Petitioner    *
   *    Misc. Docket AG
v.    *    No. 0064
   *    September Term, 2014
JOHN KIRBY BURKHARDT    *
   *    Circuit Court for
     Respondent    *    Baltimore County
   *    Case No. 03-C-14-013309 AG

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of the Joint Petition for Disbarment By Consent filed herein pursuant to Maryland Rule 16-772, it is this ___1st___ day of _____May_____, 2015,

ORDERED, by the Court of Appeals of Maryland, that John Kirby Burkhardt, Respondent, who was indefinitely suspended from the practice of law in the State of Maryland by a prior Order of this Court filed October 5, 2012, is hereby disbarred by consent for additional professional misconduct in violation of Rules 1.1, 1.2(a), 1.3, 1.4(a)(2) & (b), 1.5(a), 1.15(a) & (c), 1.16(a) & (d), 8.1(b) and 8.4(a)-(d) of the Maryland Lawyers' Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court, in accordance with Rule 16-772(d), shall certify the disbarment of John Kirby Burkhardt to the Trustees of the Client Protection Fund of the Bar of Maryland and the clerks of all courts in this State.

/s/ Glenn T. Harrell, Jr.
Senior Judge